# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 23-cv-3827 (KMM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell, Jo Ann Erickson, and William Bolin, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Douglas L. Micko dated March 26, 2024. [R&R, ECF No. 34]. In the R&R, Judge Micko recommended that Plaintiff Dejuan Jackson's motion for a temporary restraining order and preliminary injunction [ECF No. 11] be denied. The R&R clearly and precisely sets forth the factual background relevant to Mr. Jackson's motion and as such, said background is not repeated here. To date, no objections have been made to the R&R by Mr. Jackson, and the deadline for filing such objections has since passed.

The Court reviews *de novo* any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b), and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court has carefully reviewed the R&R and finds no error.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation [ECF. No. 34] is **ACCEPTED** and Plaintiff Dejuan Jackson's Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 11] is **DENIED**.

Date: May 6, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Court