**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tony Dejuan Jackson, | No. 23-cv-3827 (KMM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell, Jo Ann Erickson, and William Bolin, | |
| Defendants. | |

On January 13, 2025, United States Magistrate Judge Douglas L. Micko issued an Order and Report and Recommendation ("R&R"). (Dkt. 79.) In the R&R, Judge Micko recommends that the Court deny Plaintiff Tony Dejuan Jackson motion to amend his pleadings and his motion for a preliminary injunction. Judge Micko also recommends that Defendants' motion to dismiss the First Amended Complaint be granted and this action be dismissed with prejudice. By rule, any objection to the R&R was due by January 27, 2025. *See* Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). On January 27th, Plaintiff called the chambers of the undersigned District Judge explaining that he sent the Court a motion seeking an extension of time to filed objections to the R&R by certified mail, but that motion has not yet been received. Further, Plaintiff stated that circumstances inside the facility where he is confined have delayed his ability to prepare his objections, and because the canteen is closed until March, he will not have access to any envelopes in which to mail his objections.

Ordinarily, the Court does not entertain *ex parte* requests for relief. However, under the Civil Justice Reform Act of 1990, 28 U.S.C. § 476, the Court is required to issue a final decision on Defendant's motion to dismiss no later than March 31, 2025, and as a result cannot wait for arrival of Plaintiff's request for an extension through the mail. Accordingly, the Court finds good cause to extend Plaintiff's deadline for filing objections to the R&R. Therefore, **IT IS HEREBY ORDERED THAT**:

1. **On or before March 10, 2025**, Plaintiff shall file all objections to the Report and Recommendation dated January 13, 2025. No further extensions will be granted.

2. Defendants shall file any response to Plaintiff's objections to the Report and Recommendation **no later than March 24, 2025**.

3. When a copy of this Order is mailed to Plaintiff, the Clerk of Court is respectfully requested to send a blank envelope to Plaintiff for use in returning his objections to the Court.

Date: January 30, 2025                *s/Katherine Menendez*
                                      Katherine Menendez
                                      United States District Court